UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
FILED

2010 FEB -9 P 2:31

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIEGO PEREZ-CERVANTES,

    Defendant.

Case No. 10-CR-023
[18 U.S.C. §§ 922(g)(5)(A), 924(a)(2) & 2]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about December 31, 2009, in the State and Eastern District of Wisconsin,

**DIEGO PEREZ-CERVANTES,**

being an alien illegally and unlawfully in the United States, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, and the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a silver Smith and Wesson, 9mm semi-automatic pistol, bearing serial number TFT2704.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(2) and 2.

A TRUE BILL:

FOREPERSON
Date: 2/9/10

*James L. Santelle*
JAMES L. SANTELLE
United States Attorney